PRITCHETT, adm'r, *v.* COMMISSIONERS OF BARTOW COUNTY.

<div style="float:right">

· 94   731
Case 2
123   319

</div>

Where a case was argued in this court on the 31st day of January, 1894, during the October term, 1893, and the plaintiff in error died on the 7th day of February, 1894, and this court, without being in-

formed of this fact, rendered a judgment of reversal in the case on the 4th day of June, 1894, during the March term, 1894, and after the *remittitur* was transmitted to the court below but before it was filed therein or entered on the minutes of that court the death of the plaintiff in error was suggested in this court, it is within the power of this court, at any time before the final adjournment of the March term, 1894, to pass an order declaring that the judgment of reversal shall be of force and effect as of January 31st, 1894, when the case was argued and submitted for decision, and to order a withdrawal of the *remittitur* first issued, and the issuing of a new *remittitur* in accordance with the facts above recited. *Mayor etc.* v. *Dasher*, 90 *Ga.* 195; Mitchell v. Overman, 103 U. S. 62, and cases cited.                    *Ordered accordingly.*

August 31, 1894.  Judge JOSEPH H. LUMPKIN, of the Atlanta Circuit, presiding in the place of Chief Justice BLECKLEY, disqualified.